UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>VINCENT A. CORBELLA, INC., a California Corporation, dba CHIMES PRINTING, INC.,<br><br>Defendant(s). | Case No.2:23-CV-16  JCM (DJA)<br><br>ORDER |

Presently before the court is the matter of *GCIU-Employer Retirement Fund v. Corbella, Inc.*, case number 2:23-cv-00016-JCM-DJA.

On January 10, 2023, Magistrate Judge Albregts denied without prejudice the plaintiffs' motion for judgment debtor exam. (ECF No. 6).  On July 24, 2025, the court notified the parties that "[i]f no action is taken in this case within 30 days, the Court will enter an order of dismissal for want of prosecution." (ECF No. 7).  Plaintiffs filed a response.  (ECF No. 8).

This court has the inherent power to sua sponte dismiss a case for want of prosecution or compliance with court orders.  *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992); *see also* Local Rule 41-1 ("[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party)."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

There are no claims to dismiss in this case, and plaintiff may have viable options for legal relief.  Leaving this case open in perpetuity without action from the parties, however, is not one of them.

ACCORDINGLY,

IT IS HEREBY ORDERED that plaintiffs shall have until December 3, 2025, to file a report apprising the court of the status of this case.

DATED November 4, 2025.

_____
UNITED STATES DISTRICT JUDGE